FILED
2006 Feb-06 PM 02:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SAVANNAH MEANS,           )<br>                                         )<br>           Plaintiff              )<br>                                         )<br>   vs.                                )<br>                                         )<br>UNITED STATES OF AMERICA,  )<br>et al.,                                  )<br>                                         )<br>           Defendants           ) | Case No. 2:05-cv-02484-LSC-HGD |

## **DISMISSAL ORDER**

On December 14, 2005, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge. After obtaining an extension of time, plaintiff filed objections to the magistrate judge's report and recommendation on January 26, 2006.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is, therefore,

ORDERED, ADJUDGED and DECREED that plaintiff's request to proceed without prepayment of fees is DENIED and plaintiff's claims in this action hereby are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e) as frivolous and for failure to state a claim upon which relief may be GRANTED.

Done this 3rd day of February 2006.

---
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124153